| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | Jensen Instrument Company of Northern California, Inc. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal **Employer Identification Number** (EIN) | 94-3120792 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**831 Mitten Road, Suite 205**<br>**Burlingame, CA 94010**<br>Number, Street, City, State & ZIP Code<br><br>**San Mateo**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.jenseninstrument.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5419__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
     **of authorized**
     **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2023**
               MM / DD / YYYY

X    _Tony Enochson_                                    **Tony Enochson**
     Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**    X   _____

                                     Signature of attorney for debtor        Date  **March 31, 2023**
                                                                                    MM / DD / YYYY

                                     **William E. Winfield 122055**
                                     Printed name

                                     **Nelson Comis Kettle & Kinney LLP**
                                     Firm name

                                     **5811 Olivas Park Dr.**
                                     **Suite 202**
                                     **Ventura, CA 93003**
                                     Number, Street, City, State & ZIP Code

                                     Contact phone    **8056044106**    Email address    **wwinfield@calattys.com**

                                     **122055 CA**
                                     Bar number and State

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Menlo Park**, California.

Date: **March 31, 2023**

*Tony Enochson*

**Tony Enochson**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 6 of 45

Fill in this information to identify the case:

Debtor name     Jensen Instrument Company of Northern California, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................................    $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................................................    $ _____ 112,013.92

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................................    $ _____ 112,013.92

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................    $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____ 400,136.67

4. **Total liabilities** ..................................................................................................................................................    $ _____ 400,136.67
   Lines 2 + 3a + 3b

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 7 of 45

**Fill in this information to identify the case:**

Debtor name    **Jensen Instrument Company of Northern California, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| **Bank of the West** | | | |
| 3.1.   **(balance as of 2/28/23)** | **Business Checking** | **6158** | **$29,845.49** |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$29,845.49** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.   Deposits, including security deposits and utility deposits
    Description, including name of holder of deposit

| 7.1. | Nabi, LLC transferred to 1755 Rollins Rd Burlingame, LLC commercial lease deposit | $2,200.00 |
| --- | --- | --- |

| 7.2. | **State of California Pre-Payment** | $800.00 |
| --- | --- | --- |

7.3. **Nationwide Insurance** _____ $800.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$3,800.00

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 350.00 | - | 0.00 | = .... | $350.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 13,431.43 | - | 0.00 | = .... | $13,431.43 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$13,781.43

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |
| | Inventory | | $0.00 | | $30,000.00 |
| | office supplies | | $0.00 | | $300.00 |

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 9 of 45

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$30,300.00** |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | (3) Computers | $0.00 | | $600.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$600.00** |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
|      **www.jenseninstrument.com** | **$0.00** | | **Unknown** |

| | |
|---|---|
| **62.**   **Licenses, franchises, and royalties** | |
| **63.**   **Customer lists, mailing lists, or other compilations** | |
| **64.**   **Other intangibles, or intellectual property** | |
| **65.**   **Goodwill** | |
| **66.**   **Total of Part 10.** | **$0.00** |
|      Add lines 60 through 65. Copy the total to line 89. | |

**67.**   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Accrued ERC**

       **(balance as of 12/31/22)**                                                            $33,687.00

78.    **Total of Part 11.**                                                                   $33,687.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $29,845.49 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $3,800.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $13,781.43 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $30,300.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $600.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $33,687.00 | |
| 91. Total. Add lines 80 through 90 for each column | $112,013.92   + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $112,013.92 |

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 13 of 45

Debtor name      **Jensen Instrument Company of Northern California, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ADP Retirement Services**<br>**P.O. Box 842875**<br>**Boston, MA 02284** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $2,062.89 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**services** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**California Tax and Fee Administration**<br>**Account Information Group, MIC: 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 15 of 45

| | | | | |
|---|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.6** | Priority creditor's name and mailing address<br>**San Mateo County Tax Collector**<br>**555 County Center # 1**<br>**Redwood City, CA 94063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 16 of 45

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1755 Rollins Rd Burlingame, LLC**<br>**1755 Rollins Road**<br>**Burlingame, CA 94010** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,888.30** |
|-----|------|------|------|
| | Date(s) debt was incurred  6/2022 to 12/2022 | **Basis for the claim:**  rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Abraxis, LLC**<br>**124 Railroad Drive**<br>**Warminster, PA 18974** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,382.50** |
|-----|------|------|------|
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ametek U.S. Gauge**<br>**P.O. Box 788275**<br>**Philadelphia, PA 19178-8275** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,241.59** |
|-----|------|------|------|
| | Date(s) debt was incurred  8/12/22 to 1/3/23 | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number  1085 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Ametek-Powerinstr**<br>**PO Box 90296**<br>**Chicago, IL 60696-0296** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,405.63** |
|-----|------|------|------|
| | Date(s) debt was incurred  5/19/22 | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number  1442 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AMOT**<br>**P.O. Box 945850**<br>**Atlanta, GA 30394-5850** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,038.52** |
|-----|------|------|------|
| | Date(s) debt was incurred  7/6/22 to 9/20/22 | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number  1401 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.00** |
|-----|------|------|------|
| | Date(s) debt was incurred _ | **Basis for the claim:**  service fee | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Brashears Insurance Agency**<br>**3020 De La Vina St.**<br>**Santa Barbara, CA 93105-3312** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,000.00** |
|-----|------|------|------|
| | Date(s) debt was incurred  1/31/23 | **Basis for the claim:**  worker's compensation audit | |
| | Last 4 digits of account number  8033 | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 17 of 45

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,600.04** |
|---|---|---|---|

**Dwyer Instruments**
P.O. Box 373
102 Highway 212
Michigan City, IN 46361-0373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/3/22 to 12/31/22**

Basis for the claim: **vendor**

Last 4 digits of account number **6500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,538.68** |
|---|---|---|---|

**Insight ACR**
P.O. Box 3083
Hill AFB, UT 84056-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/22**

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,606.90** |
|---|---|---|---|

**Jensen Azusa**
643 Duggan Ave.
Azusa, CA 91702-5185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,577.52** |
|---|---|---|---|

**Micromotion**
7070 Winchester Circle
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/6/20 to 8/4/22**

Basis for the claim: **vendor**

Last 4 digits of account number **3793**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9.00** |
|---|---|---|---|

**Mike Roeder**
32983 Pulaski Drive
Union City, CA 94587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **postage reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,021.00** |
|---|---|---|---|

**Millipore Corp.**
25760 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/29/21 to 2/10/21**

Basis for the claim: **vendor**

Last 4 digits of account number **4978**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,196.99** |
|---|---|---|---|

**Rosemount Analytical**
8200 Market Blvd.
Chanhassen, MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/22 to 8/1/22**

Basis for the claim: **vendor**

Last 4 digits of account number **3793**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-30195     Doc# 1     Filed: 03/31/23     Entered: 03/31/23 14:41:41     Page 18 of 45

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,558.67 |
|---|---|---|---|

**Rosemount Measurement**
**8200 Market Blvd.**
**Chanhassen, MN 55317**

Date(s) debt was incurred **4/13/22 to 9/30/22**

Last 4 digits of account number **3793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,930.50 |
|---|---|---|---|

**Venture Measurement**
**150 Venture Blvd.**
**Spartanburg, SC 29306**

Date(s) debt was incurred **12/28/22**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.94 |
|---|---|---|---|

**Winters Instruments**
**121 Railside Rd.**
**Toronto, On M3A1B2**
**CANADA**

Date(s) debt was incurred **11/9/22**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ametek Power**<br>**225 North Union St.**<br>**Rochester, NY 14605** | Line **3.4**<br>☐ Not listed. Explain ____ | **1442** |
| 4.2 | **Ametex U.S. Gauge**<br>**6380 Brockway Rd.**<br>**Peck, MI 48466** | Line **3.3**<br>☐ Not listed. Explain ____ | **1085** |
| 4.3 | **AMOT**<br>**8824 Fallbrook Dr.**<br>**Houston, TX 77064** | Line **3.5**<br>☐ Not listed. Explain ____ | **1401** |
| 4.4 | **Dwyer Instruments**<br>**P.O. Box 338**<br>**Michigan City, IN 46361** | Line **3.8**<br>☐ Not listed. Explain ____ | **6500** |
| 4.5 | **Emmerson Automation Solutions**<br>**22737 Network Place**<br>**Chicago, IL 60673-1227** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Emmerson Automation Solutions**<br>**22737 Network Place**<br>**Chicago, IL 60673-1227** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 19 of 45

| Debtor | Jensen Instrument Company of Northern California, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7** **Emmerson Automation Solutions** 22737 Network Place Chicago, IL 60673-1227 | Line _3.14_ ☐ Not listed. Explain ____ | _ |
| **4.8** **Millipore Corp.** 400 Summit Dr. Burlington, MA 01803 | Line _3.13_ ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,062.89 |
| 5b. Total claims from Part 2 | 5b. + $ | 398,073.78 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 400,136.67 |

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 20 of 45

**Fill in this information to identify the case:**

Debtor name          Jensen Instrument Company of Northern California, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐  Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease-Gross for real property located at 831 Mitten Road, Suite 205, Burlingame, CA 94010 - New Owner** | |
| | State the term remaining | **Expires 6/30/24** | **1755 Rollins Rd Burlingame, LLC** |
| | List the contract number of any government contract | _____ | **1755 Rollins Road Burlingame, CA 94010** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease-Gross for real property located at 831 Mitten Road, Suite 205, Burlingame, CA 94010** | |
| | State the term remaining | **Expires 6/30/24** | **Nabi, LLC** |
| | List the contract number of any government contract | _____ | **356 Shad Court San Mateo, CA 94404** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease-Gross for real property located at 831 Mitten Road, Suite 205, Burlingame, CA 94010 - Additional address** | |
| | State the term remaining | **Expires 6/30/24** | **Nabi, LLC Carl Bellante, Agent for Service of Process** |
| | List the contract number of any government contract | _____ | **1100 Sierra Vista Way Lafayette, CA 94549** |

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 21 of 45

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease-Gross for real property located at 831 Mitten Road, Suite 205, Burlingame, CA 94010 - additional address** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/24** | **Nabi, LLC** |
| | List the contract number of any government contract | | **839 Mitten Road, Suite 200 Burlingame, CA 94010** |

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Tony Enochson | 642 San Benito Ave. Menlo Park, CA 94025 | Nabi, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.2** |
| 2.2 | Tony Enochson | 642 San Benito Ave. Menlo Park, CA 94025 | 1755 Rollins Rd Burlingame, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.1** |
| 2.3 | Tony Enochson | 642 San Benito Ave. Menlo Park, CA 94025 | Nabi, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.3** |
| 2.4 | Tony Enochson | 642 San Benito Ave. Menlo Park, CA 94025 | Nabi, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.4** |

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 23 of 45

**Fill in this information to identify the case:**

Debtor name    Jensen Instrument Company of Northern California, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■   Schedule H: Codebtors (Official Form 206H)
- ■   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐   Amended Schedule
- ☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2023**    x _Tony Enochson_
                                               Signature of individual signing on behalf of debtor

                                               **Tony Enochson**
                                               Printed name

                                               **Chief Executive Officer**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Jensen Instrument Company of Northern California, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,339.11** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,514,488.02** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,567,401.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 25 of 45

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **1755 Rollins Rd Burlingame, LLC<br>1755 Rollins Road<br>Burlingame, CA 94010** | 2/3/23 | $15,888.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __rent__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tony Enochson<br>642 San Benito Ave.<br>Menlo Park, CA 94025<br>Shareholder and Chief Executive Officer** | **3/31/22,<br>4/14/22,<br>4/30/22,<br>5/15/22,5/31/<br>22,6/15/22,6/<br>30/22,7/14/22<br>,7/28/22,8/15/<br>22,8/30/22,9/<br>15/22,10/15/2<br>2,10/31/22,11<br>/15/22,11/30/<br>22,12/15/22,1<br>2/30/22** | $99,000.00 | compensation |
| 4.2. **Laura Enochson<br>642 San Benito Ave.<br>Menlo Park, CA 94025<br>Shareholder and Chief Financial Officer** | **3/31/22,<br>4/14/22,<br>4/30/22,<br>5/15/22,<br>5/31/22,<br>6/15/22,<br>6/30/22,<br>7/14/22,<br>7/28/22,<br>8/15/22,<br>8/30/22,<br>9/15/22,<br>10/15/22,<br>10/31/22,<br>11/15/22,<br>11/30/22,<br>12/15/22,<br>12/30/22** | $84,800.00 | compensation |
| 4.3. **Tony Enochson<br>and Laura Lane<br>642 San Benito Ave.<br>Menlo Park, CA 94025<br>Shareholder and CEO** | **3/24/22,<br>6/14/22 and<br>9/1/22** | $7,000.00 | distributions |

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 26 of 45

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **Laura Enochson** <br>**642 San Benito Ave.** <br>**Menlo Park, CA 94025** <br>**Shareholder and CFO** | **4/5/22,** <br>**4/11/22,** <br>**4/12/22,** <br>**4/14/22,** <br>**4/15/22,** <br>**4/21/22,** <br>**4/22/22,** <br>**4/25/22,** <br>**4/28/22,** <br>**4/29/22,** <br>**4/30/22,** <br>**5/11/22,** <br>**5/17/22,** <br>**5/18/22,** <br>**5/20/22,** <br>**5/23/22,** <br>**5/24/22,** <br>**5/27/22,** <br>**5/31/22,** <br>**6/1/22,** <br>**6/2/22,** <br>**6/14/22,** <br>**6/19/22,** <br>**6/29/22,** <br>**7/4/22,** <br>**7/6/22,** <br>**7/14/22,** <br>**7/19/22,** <br>**7/22/22,** <br>**7/28/22,** <br>**7/29/22,** <br>**8/10/22,** <br>**8/12/22,** <br>**8/16/22,** <br>**8/27/22,** <br>**8/29/22,** <br>**9/1/22,** <br>**9/9/22,** <br>**9/12/22,** <br>**9/13/22,** <br>**9/15/22,** <br>**9/19/22,** <br>**9/26/22,** <br>**9/27/22,** <br>**9/28/22,** <br>**10/5/22,** <br>**10/8/22,** <br>**10/10/22,** <br>**11/17/22,** <br>**11/21/22,** <br>**11/29/22,** <br>**12/15/22,** <br>**12/16/22,** <br>**12/19/22,** <br>**12/20/22...** | **$68,734.23** | **Distributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 27 of 45

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 28 of 45

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Nelson Comis Kettle & Kinney LLP** **5811 Olivas Park Dr., Suite 202** **Ventura, CA 93003** | | **10/28/22 and 12/29/22 (includes filing fee)** | **$10,388.00** |

Email or website address
**wwinfield@calattys.com**

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Toyota 101** **386 Convention Way** **Redwood City, CA 94063-2790** | **2015 Toyota Prius VIN JTDKN3DU4F1998231** | **12/28/22** | **$14,262.00** |
| Relationship to debtor **None** | | | |
| 13.2. **Toyota 101** **386 Convention Way** **Redwood City, CA 94063-2790** | **2015 Toyota Prius VIN JTDKN3DU2F2002760** | **12/28/22** | **$14,762.00** |
| Relationship to debtor **None** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 29 of 45

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **XXXX-6166** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/22** | **$0.00** |
| 18.2. | **Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **XXXX-2304** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__Credit Card Account__ | **12/2022** | **$0.00** |
| 18.3. | **Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **XXXX-4053** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__Credit Card Account__ | **12/2022** | **$0.00** |

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 30 of 45

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **XXXX-4020** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Credit Card** | **12/222** | **$0.00** |
| 18.5. | **Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **XXXX-4038** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Credit Card** | **12/2022** | **$0.00** |
| 18.6. | **Bank of the West**<br>**701 Santa Cruz Avenue**<br>**Menlo Park, CA 94025** | **XXXX-4103** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Credit Card** | **12/2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 31 of 45

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- |
| 25.1.   **Jensen Instrument Company of**<br>**Northern California, Inc.**<br>**831 Mitten Rd., Suite 205**<br>**Burlingame, CA 94010** | **manufacture industrial products** | **Dates business existed**<br>EIN:      **94-3120792**<br>From-To   **8/1/1990 to current** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **Laura Lane**<br>**642 San Benito Avenue**<br>**Menlo Park, CA 94025** | **8/1/2018 to present** |
| 26a.2.   **Hing Accountancy Corp.**<br>**300 North Bayshore Blvd.**<br>**San Mateo, CA 94401** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Laura Lane**<br>**642 San Benito Avenue**<br>**Menlo Park, CA 94025** | |
| 26c.2.   **Hing Accountancy Corp.**<br>**300 North Bayshore Blvd.**<br>**San Mateo, CA 94401** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Tony Enochson** | **12/20/21** | **cost basis $55,867.64** |
| | Name and address of the person who has possession of inventory records<br><br>**Tony Enochson**<br>**642 San Benito Avenue**<br>**Menlo Park, CA 94025** | | |
| 27.2 | **Tony Enochson** | **11/24/22** | **cost basis $67,587.66** |
| | Name and address of the person who has possession of inventory records<br><br>**Tony Enochson**<br>**642 San Benito Avenue**<br>**Menlo Park, CA 94025** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tony Enochson** | **642 San Benito Avenue**<br>**Menlo Park, CA 94025** | **CEO** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Laura Lane | 642 San Benito Avenue<br>Menlo Park, CA 94025 | CFO | 49% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 . | **See Statement of Financial Affairs No. 4** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the pension fund**

Case: 23-30195    Doc# 1    Filed: 03/31/23    Entered: 03/31/23 14:41:41    Page 34 of 45

Debtor   Jensen Instrument Company of Northern California, Inc.   Case number (if known) _____

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2023** _____

_Tony Enochson_____                     **Tony Enochson** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Executive Officer** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
□ Yes

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 35 of 45

# United States Bankruptcy Court
## Northern District of California

In re   Jensen Instrument Company of Northern California, Inc.                    Case No. _____

Debtor(s)                    Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,050.00 |
| Prior to the filing of this statement I have received | $ | 10,050.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 31, 2023**
_____
*Date*

William E. Winfield 122055
*Signature of Attorney*
**Nelson Comis Kettle & Kinney LLP**
**5811 Olivas Park Dr.**
**Suite 202**
**Ventura, CA 93003**
**8056044106   Fax: 8056044150**
**wwinfield@calattys.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

William E. Winfield 122055
5811 Olivas Park Dr.
Suite 202
Ventura, CA 93003
8056044106 Fax: 8056044150
California State Bar Number: 122055 CA
wwinfield@calattys.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Jensen Instrument Company of Northern
California, Inc.

CASE NO.:

CHAPTER: 7

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __March 31, 2023__

_Tony Enorlson_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __March 31, 2023__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William E. Winfield 122055**<br>**5811 Olivas Park Dr.**<br>**Suite 202**<br>**Ventura, CA 93003**<br>**8056044106 Fax: 8056044150**<br>California State Bar Number: **122055 CA**<br>**wwinfield@calattys.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **Jensen Instrument Company of Northern**<br>    **California, Inc.** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | <div align="center">**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]**</div> |
|                        Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 31, 2023** _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 31, 2023** _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Jensen Instrument Company of Northern California, Inc.
831 Mitten Road, Suite 205
Burlingame, CA 94010

William E. Winfield
Nelson Comis Kettle & Kinney LLP
5811 Olivas Park Dr.
Suite 202
Ventura, CA 93003

1755 Rollins Rd Burlingame, LLC
1755 Rollins Road
Burlingame, CA 94010

Abraxis, LLC
124 Railroad Drive
Warminster, PA 18974

ADP Retirement Services
P.O. Box 842875
Boston, MA 02284

Ametek Power
225 North Union St.
Rochester, NY 14605

Ametek U.S. Gauge
P.O. Box 788275
Philadelphia, PA 19178-8275

Ametek-Powerinstr
PO Box 90296
Chicago, IL 60696-0296

Ametex U.S. Gauge
6380 Brockway Rd.
Peck, MI 48466


AMOT
P.O. Box 945850
Atlanta, GA 30394-5850


AMOT
8824 Fallbrook Dr.
Houston, TX 77064


Bank of the West
701 Santa Cruz Avenue
Menlo Park, CA 94025


Brashears Insurance Agency
3020 De La Vina St.
Santa Barbara, CA 93105-3312


California Tax and Fee
Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Dwyer Instruments
P.O. Box 373
102 Highway 212
Michigan City, IN 46361-0373


Dwyer Instruments
P.O. Box 338
Michigan City, IN 46361

Emmerson Automation Solutions
22737 Network Place
Chicago, IL 60673-1227


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Insight ACR
P.O. Box 3083
Hill AFB, UT 84056-9000


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jensen Azusa
643 Duggan Ave.
Azusa, CA 91702-5185


Micromotion
7070 Winchester Circle
Boulder, CO 80301


Mike Roeder
32983 Pulaski Drive
Union City, CA 94587

Millipore Corp.
25760 Network Place
Chicago, IL 60673

Millipore Corp.
400 Summit Dr.
Burlington, MA 01803

Nabi, LLC
356 Shad Court
San Mateo, CA 94404

Nabi, LLC
Carl Bellante, Agent for Service of
Process
1100 Sierra Vista Way
Lafayette, CA 94549

Nabi, LLC
839 Mitten Road, Suite 200
Burlingame, CA 94010

Rosemount Analytical
8200 Market Blvd.
Chanhassen, MN 55317

Rosemount Measurement
8200 Market Blvd.
Chanhassen, MN 55317

San Mateo County Tax Collector
555 County Center # 1
Redwood City, CA 94063

Tony Enochson
642 San Benito Ave.
Menlo Park, CA 94025


Venture Measurement
150 Venture Blvd.
Spartanburg, SC 29306


Winters Instruments
121 Railside Rd.
Toronto, On M3A1B2
CANADA

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William E. Winfield 122055**<br>**5811 Olivas Park Dr.**<br>**Suite 202**<br>**Ventura, CA 93003**<br>**8056044106 Fax: 8056044150**<br>California State Bar Number: **122055 CA**<br>wwinfield@calattys.com | |

☑ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Jensen Instrument Company of Northern California, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   7 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Tony Enochson** _____ , the undersigned in the above-captioned case, hereby declare
　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 **F 1007-4.CORP.OWNERSHIP.STMT**

Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 44 of 45

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
      ☑ I am the president or other officer or an authorized agent of the Debtor corporation
      ☐ I am a party to an adversary proceeding
      ☐ I am a party to a contested matter
      ☐ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*
  b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 31, 2023**
Date

By: *Tony Enochson*
    Signature of Debtor, or attorney for Debtor

Name:   **Tony Enochson**
        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2012                                              F 1007-4.CORP.OWNERSHIP.STMT
Case: 23-30195   Doc# 1   Filed: 03/31/23   Entered: 03/31/23 14:41:41   Page 45 of 45